239665

## Request for Court Direction

| | | |
|---|---|---|
| TO: | Honorable Shira A. Scheindlin<br>Senior U.S. District Court Judge | OFFENSE: Conspiracy to Distribute and Possess with Intent to Distribute Heroin and Cocaine Base |
| From: | Colleen Tyler<br>Senior U.S. Probation Officer | Original Sentence Date: November 18, 2014 |
| Re: | Haranakk Dingle<br>DKT. # 13 CR 242 (SAS) | Required Submission to Counsel Date:<br>(35 Days): August 26, 2014 |
| Date: | September 19, 2014 | |
| | | Defense Counsel: Winston Lee |
| AUSA: | Jessica Masella | |

*************************************************************************

The case of Haranakk Dingle is currently scheduled for sentence on November 18, 2014. The first draft of the presentence report was issued to the parties on August 26, 2014. The final draft is due to the parties and the Court on September 23, 2014.

The Probation Office found that the defendant is a career offender because he was last released from custody for two prior criminal convictions within 15 years of his commencement of the instant offense (pursuant to U.S.S.G. §4A1.2(e)(1) and §4A1.2(k)(2)). The parties agreed in the plea agreement that the defendant is in Criminal History Category II. As such, our categorization of the defendant as a career offender has led to a vast discrepancy in the applicable guidelines sentencing range. Defense counsel has objected to the career offender enhancement, and has asked the Probation Office to share any parole records it receives with counsel.

As all documents gathered during the course of a presentence investigation are the property of the sentencing court, and given that we have received documentation from the New York State Division of Parole which we believe may shed some light on the issue at hand, we write to ask the Court for its permission to share those records with both parties. It is our hope that by providing these records to the parties, the issue may be resolved prior to the sentencing hearing.

It is requested that Your Honor indicate the Court's decision as provided below. Counsel will be notified by copy of this form.

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

By: _____
Colleen Tyler
Senior U.S. Probation Officer
212-805-5146

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/14

Dingle, Haranakk                                              2

1.   PERMISSION IS GRANTED:  ✓

2.   PERMISSION IS DENIED _____

Sep 19, 2014
DATE

HONORABLE SHIRA A. SCHEINDLIN
SENIOR U.S. DISTRICT JUDGE

USDC SDNY  P239665-C. Tyler
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/14

cc:   Jessica A. Masella
      U.S. Attorney's Office
      1 St. Andrews Plaza
      New York, NY 10007
      jessica.masella@usdoj.gov

      Winston Lee
      20 Vesey St., Suite 400
      New York, NY 10007
      winstonleelaw@aol.com

NY 468