**WINSTON LEE**
**ATTORNEY AT LAW**
**20 VESEY STREET ~ SUITE 400**
**NEW YORK, NEW YORK 10007**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/14

Tel. (212)267-1911
Fax. (212)964-2926

November 10, 2014

By fax with prior permission from Chambers (212) 805-7920
Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*[Handwritten: Defendant's request is hereby granted. The sentencing currently scheduled for November 18, 2014 is adjourned and rescheduled for January 21, 2015 at 4:30pm*

*SO ORDERED*
*[signature] Shira A. Scheindlin, USDJ*
*11/10/14]*

Re: United States v. Haranakk Dingle
    13 Cr. 242 (SAS)

Dear Judge Scheindlin:

I write as counsel for defendant Haranakk Dingle, and with the consent of the Government, to request an adjournment of his sentencing, which is currently scheduled for November 18, 2014. This is defendant's first request for an adjournment of his sentencing.

Defense counsel has objected to the United States Probation Office's Pre-sentence Report ("PSR") because it fails to include important information about the final disposition of a 1999 arrest of defendant in the Bronx.

Without additional information regarding the final disposition of defendant's 1999 arrest, the Court will have an inaccurate and incomplete description of defendant's criminal history and will be unable to make an informed and correct determination of defendant's applicable Guidelines range and the appropriate sentence to impose.

Consequently, an adjournment of sentencing is needed to give the parties additional time to obtain all records - including sealed records - which contain the missing information regarding the final disposition of defendant's 1999 arrest. After obtaining these records, defense counsel will need additional to review these records, confer with defendant, and prepare a sentencing memorandum.

I have been advised by Chambers that an adjournment of sentencing to a new date of January 20, 21, or 22 of 2015 is convenient for the Court.

Hon. Shira A. Scheindlin
November 10, 2014
Page 2

    Accordingly, for the reasons stated above, I respectfully request an adjournment of defendant's sentence to any of the above dates.

Respectfully submitted,

WINSTON LEE

cc:    Jared Lenow, Esq.
       Assistant U.S. Attorney, SDNY
       (By e-mail Only)

       Ms. Colleen Tyler
       Senior U.S. Probation Officer, SDNY
       (By e-mail Only)