# WINSTON LEE
## ATTORNEY AT LAW
20 VESEY STREET ~ SUITE 400
NEW YORK, NEW YORK 10007
Tel. (212)267-1911
Fax. (212)964-2926

January 8, 2015

By fax with prior permission 212-805-7920
Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Haranakk Dingle
    13 Cr. 242 (SAS)

Dear Judge Scheindlin:

*[Handwritten annotation: Request granted. The conference scheduled on January 21, 2015 is adjourned and rescheduled for March 18, 2015 at 4:30pm. SO ORDERED. Shira A. Scheindlin, USDJ 1/9/15]*

I write as counsel for Mr. Haranakk Dingle, and with the consent of the Government, to request an adjournment of his sentencing, currently scheduled for January 21, 2015.

The defense has made one prior request for an adjournment of sentencing so that counsel can obtain copies of certain criminal records of Mr. Dingle, presently under seal. At the request of the defense, Your Honor issued an Order for the unsealing of those records because they contain information necessary for Your Honor to an make an informed and correct determination of Mr. Dingle's applicable Guidelines range and the appropriate sentence to impose.

As of this writing, counsel is still awaiting a copy of those sealed records, which have been ordered from archives.

Accordingly, I respectfully request an adjournment of sentencing to allow additional time for the receipt of those sealed records, the review of those records, and the preparation of my sentencing memorandum.

I have been advised by Chambers that an adjournment of sentencing to a new date of March 18, 19, or 20 of 2015 is convenient for the Court.

Accordingly, for the reasons stated above, I respectfully request an adjournment of defendant's sentence to any of the above dates.

Respectfully submitted,

WINSTON LEE

cc: Jared Lenow, AUSA, SDNY
    (By email only)